**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BUZZFEED, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 19-cv-00070-TNM |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Pro. 7.1 and LCvR 26.1, the undersigned counsel hereby certifies that Plaintiff BuzzFeed, Inc. is a privately owned corporation. Ten percent or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns ten percent or more of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

DATED: January 16, 2019

Respectfully Submitted,

/s/ Matthew L. Schafer

Attorney for Plaintiff

Matthew Schafer (D.C. Bar 1008728)
BUZZFEED, INC.
111 East 18th Street, 14th Floor
New York, NY 10003
Tel.: (646) 798-0693
Fax: (212) 431-7461
Matthew.Schafer@BuzzFeed.com