FOIA Summons (1/13) (Page 2)

Civil Action No. 19-cv-00070

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*  U.S. Department of Justice

was received by me on *(date)*   01/15/2019   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On January 18, 2019, I sent the summons via Certified Mail, Return Receipt Requested, Article No. 7018 0680 0001 9306 6300.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/23/2019

*Server's signature*

Matthew L. Schafer
*Printed name and title*

111 East 18th Street, 14th Floor
New York, NY 10003
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  +

Remove ✕

**Tracking Number:** 70180680000193066300

Expected Delivery on

**WEDNESDAY**
**23** JANUARY 2019 ⓘ

by
**8:00pm** ⓘ



**Delivered**

January 23, 2019 at 5:56 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates**  ⌄

---

**Tracking History**  ⌃

**January 23, 2019, 5:56 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:56 am on January 23, 2019 in WASHINGTON, DC 20530.

---

**January 22, 2019, 10:42 am**
Available for Pickup
WASHINGTON, DC 20530

Feedback

**January 22, 2019, 9:32 am**
Arrived at Unit
WASHINGTON, DC 20018

**January 21, 2019**
In Transit to Next Facility

**January 20, 2019, 8:23 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 20, 2019, 12:17 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 18, 2019, 11:18 pm**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**January 18, 2019, 4:25 pm**
USPS in possession of item
NEW YORK, NY 10010

Feedback

## Product Information

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™<br>Up to $50 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940245528278447774 (/go/TrackConfirmAction?tLabels=9590940245528278447774) |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**