**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BUZZFEED, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-00070-TNM |
| | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF ERRATA**

On January 23, 2019, Plaintiff BuzzFeed, Inc. filed a RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney (Dkt. 5) and a RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General (Dkt. 6). Those filings erroneously stated that Summons for each was received on January 15, 2018. The Summonses were received on January 15, 2019.

DATED: January 23, 2019

                                                Respectfully Submitted,

                                              /s/ Matthew L. Schafer

                                              Attorney for Plaintiff

                                              Matthew Schafer (D.C. Bar 1008728)
                                              BUZZFEED, INC.
                                              111 East 18th Street, 14th Floor
                                              New York, NY 10003
                                              Tel.: (646) 798-0693
                                              Fax: (212) 431-7461
                                              Matthew.Schafer@BuzzFeed.com