**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BUZZFEED, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 19-70 (TNM) |
| U.S. DEP'T OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

The Clerk of the Court will kindly enter the appearance of Assistant United States Attorney Damon W. Taaffe as counsel for defendant in this matter.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:  /s/ *Damon Taaffe*
DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-2544
damon.taaffe@usdoj.gov