# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF D.C.

| | |
|---|---|
| BUZZFEED INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 19-cv-70 (TNM) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff BuzzFeed Inc. moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 on its Freedom of Information Act claim against Defendant U.S. Department of Justice. The Court should grant Plaintiff's motion for the reasons set forth in the accompanying Memorandum.

Dated: June 28, 2019

RESPECTFULLY SUBMITTED,

*Matthew V. Topic*

_____

Attorneys for Plaintiff

Matthew Topic
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com
DC Bar No. IL0037

## CERTIFICATE OF SERVICE

I, Matthew Topic, an attorney, certify that on June 28, 2019, I caused the foregoing Plaintiff's Motion for Summary Judgment to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew V. Topic*