**IN THE U.S. DISTRICT COURT**
**FOR THE DISTRICT OF D.C.**

| | | |
|---|---|---|
| BUZZFEED INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-cv-70 (TNM) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO MATERIAL DISPUTE

1.    Undisputed.

2.    Undisputed.

3.    Undisputed.

4.    Undisputed.

5.    Undisputed.

6.    Undisputed.

7.    Undisputed.

8.    Undisputed.

9.    Undisputed.

10.    Undisputed.

11.    Plaintiff does not dispute the first sentence.  Plaintiff disputes the remainder.  The submissions were required by law to be provided.  *See* U.S. Office of Government Ethics, Public Financial Disclosure Guide, https://www.oge.gov/Web/278eGuide.nsf/Chapters/Public%20Financial%20Discl

osure%20Guide?opendocument. Plaintiff has not requested the internal emails identified in this statement of fact, but only the submissions themselves.

12.    This statement contains only legal conclusions, the accuracy of which Plaintiff denies.

13.    Undisputed.

14.    This statement contains only legal conclusions, the accuracy of which Plaintiff denies.

15.    Undisputed that JMD has taken this position.

16.    This statement contains only legal conclusions, the accuracy of which Plaintiff denies.


RESPECTFULLY SUBMITTED,

*Matthew V. Topic*

_____

Attorneys for Plaintiff


Matthew Topic
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com
DC Bar No. IL0037


## CERTIFICATE OF SERVICE

I, Matthew Topic, an attorney, certify that on June 28, 2019, I caused the foregoing

Plaintiff's Response to Defendant's Statement of Material Facts As To Which There is No

Material Dispute to be served on all counsel of record via the Court's CM/ECF system.


*/s/ Matthew V. Topic*

- 2 -