# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF D.C.

| | |
|---|---|
| BUZZFEED INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 19-cv-70 (TNM) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of the parties' cross-motions for summary judgment, it is hereby ORDERED that Plaintiff's motion is GRANTED; and it is FURTHER ORDERED that Defendant's motion is DENIED.

Dated: _____

UNITED STATES DISTRICT JUDGE