AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| BuzzFeed Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-0070 (TNM) |
| US Department of Justice | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Buzzfeed Inc.

Date: 08/06/2019

/s/ Merrick Wayne
*Attorney's signature*

Merrick Wayne, Bar No. IL0058
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

merrick@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*

## **CERTIFICATE OF SERVICE**

I, Merrick Wayne, an attorney, hereby certify that on August 6, 2019, I caused the foregoing Appearance of Counsel to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Merrick Wayne*